[NOT FOR PUBLICATION-NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals
## For the First Circuit

No. 00-2577

SYDNEY I. BRADSHAW,

Plaintiff, Appellant,

v.

LISA BELISLE, DR.; DONNA HAMES; SHARON, MS.;
ALLEN RUGGLES, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY;
LINDA BARR, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY;
CUMBERLAND COUNTY JAIL; DARREN JOHNSON;
LORI, NURSE; KAITE, NURSE; CUNNINGS, CO.;
PRISON HEALTH SERVICES, INC.; DICKEY, CO.,

Defendants, Appellees.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

[Hon. Gene Carter, U.S. District Judge]

Before

Torruella, Circuit Judge,
Campbell and Stahl, Senior Circuit Judges.

Sydney I. Bradshaw on brief pro se.

James E. Fortin and Douglas, Denham, Buccina & Ernst on Appellees' Motion for Summary Disposition (With Incorporated Supporting Memorandum).

John J. Wall, III and Cumberland County Appellees and Monaghan Leahy, LLP on Cumberland County Appellees' Motion to Join in Appellees' Motion for Summary Disposition (With Incorporated Memorandum of Law).

---

July 25, 2001

---

**Per Curiam**.  We have reviewed the parties' briefs and the record on appeal.  We affirm the district court judgment dismissing appellant's complaint, essentially for the reasons stated in the magistrate judge's recommended decision, dated October 23, 2000, which the district court accepted on November 6, 2000.

Affirmed.